ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 APR 23 PM 12:31

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CRIMINAL NO. 4:14-MJ-212 |
| FRED THOMAS LYON (1) | § | |

## ENTRY OF APPEARANCE OF COUNSEL

X   I wish to enter my appearance as **retained** counsel for the above-named defendant(s) in this cause.

☐   I wish to enter my appearance as **appointed** counsel for the above-named defendant(s) in this cause.

I understand that it is my duty to continue to represent the named defendant(s) in connection with all matters relating to this case, and in connection with all proceedings therein in this Court; to assist the defendant(s) with any appeal which the defendant(s) desires to perfect, and to represent the defendant(s) on appeal until a final judgment has been entered; unless and until, after the written motion filed by me, I am relieved by Order of the Court.

In all cases as arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12, Federal Rules of Criminal Procedure, pertaining to the pretrial motions.

DATED: April 23, 2014

_____
Signature of Attorney

J. Warren St. John
Attorney Name (Please Print)

18986300
Attorney Bar Number

801 Cherry Street, Unit 5
Address

Fort Worth, TX 76102

817-336-1436
Telephone (including area code)