ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 MAY 14 PM 2:03

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

FREDERICK THOMAS LYON (01)

No. 4-14CR-103-Y

# INDICTMENT

The Grand Jury Charges:

### Count One
### Possession of Child Pornography
### (Violation of 18 U.S.C. § 2252A(a)(5)(B))

On or about April 22, 2014, in the Fort Worth Division of the Northern District of Texas, defendant **Frederick Thomas Lyon** did knowingly possess material that contains an image of child pornography that involved a prepubescent minor, and which was produced using materials that had been mailed and shipped and transported in and affecting interstate and foreign commerce, including by computer.

Specifically, **Lyon** possessed one Acer computer containing a Western Digital Hard Drive SN# WCAV9W890294, which contained the following described video files visually depicting a prepubescent minor engaged in sexually explicit conduct and the lascivious exhibition of the genitals and pubic area of said minor, as defined in 18 U.S.C. § 2256(8)(A):

Indictment – Page 1

| File name | Description of the file |
|---|---|
| 9yo Veronika sucks Dad off & spits out the cum.avi | A video file depicting a prepubescent female child performing oral sex on an adult male's penis until the male ejaculates in the child's mouth. The child then spits out the ejaculate. |
| (Hussyfan)(Pthc)(R@ygold)(Kingpass)(Babyshivid)(Qqaazz 1 yo girl Grandpa's Baby toddler + man.mpg | A video file depicting a prepubescent female child wearing a pink t-shirt and nude from the waist down. A white diaper is seen on the child, which is opened exposing her genitals in a lewd and lascivious manner. The video continues with an adult male's penis penetrating the child's vagina. |
| (Children-sf-1man) Gracel Series-Rona (08Yo)-(KINDER).mpg | A video file depicting a nude prepubescent female performing oral sex on an adult male's penis until he ejaculates in her mouth. |

In violation of 18 U.S.C. § 2252A(a)(5)(B).

Indictment – Page 2

Forfeiture Notice
(18 U.S.C. § 2253)

Upon conviction of the offense alleged in Count One and pursuant to 18 U.S.C. § 2253(a), defendant **Lyon** shall forfeit to the United States (a) any visual depiction described in 18 U.S.C. § 2251 and 18 U.S.C. § 2252, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in the respective offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the respective offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense and any property traceable to such property.

The above-referenced property subject to forfeiture from the defendant includes, but is not limited to, any interest in the following:

1. One Acer Computer containing the Western Digital Hard Drive SN# WCAV9W890294.

A TRUE BILL

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
E-mail: Aisha.Saleem@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

FREDERICK THOMAS LYON (01)

INDICTMENT

18 U.S.C. § 2252A(a)(5)(B)

Possession of Child Pornography

(1 COUNT)

18 U.S.C. § 2253

Forfeiture

A true bill rendered:

FORT WORTH _____ FOREPERSON

Filed in open court this 14th day of May, A.D. 2014.

Defendant on Bond.

UNITED STATES DISTRICT JUDGE
(Magistrate Case Number: 4:14-MJ-212)